No. 88–811.  BUSINESS COMPUTER CORP. ET AL. *v.* U. S. ROBOTICS, INC., ET AL.  C. A. Fed. Cir.  Motion of respondent U. S. Robotics, Inc., for attorney's fees and costs denied.  Certiorari denied.

No. 88–824.  COLEMAN *v.* UNITED STATES.  Ct. Mil. App. Certiorari denied.  JUSTICE BRENNAN and JUSTICE MARSHALL would grant certiorari.

No. 88–941.  CRAWFORD PAINTING & DRYWALL CO. *v.* J. W. BATESON, INC.  C. A. 5th Cir.  Motion of Associated Specialty Contractors, Inc., et al. for leave to file a brief as *amici curiae* granted.

No. 88–609.  POLYAK *v.* BUFORD EVANS & SONS, *ante,* p. 962;
No. 88–5125.  TRIPATI *v.* HENMAN, WARDEN, *ante,* p. 982; and
No. 88–5230.  CALDWELL *v.* BUREAU OF FEDERAL PRISONS, *ante,* p. 895.  Petitions for rehearing denied.

JANUARY 23, 1989

No. 87–1613.  PUBLIC SERVICE COMPANY OF NEW HAMPSHIRE *v.* NEW HAMPSHIRE.  Appeal from Sup. Ct. N. H.  Motions of Official Committee of Equity Security Holders of Public Service Company of New Hampshire and Official Committee of Unsecured Creditors of Public Service Company of New Hampshire for leave to file briefs as *amici curiae* granted.  Appeal dismissed for want of properly presented federal question.

No. 88–130.  WESTERN UNION CORP. *v.* INDIANA DEPARTMENT OF REVENUE.  Appeal from Ct. App. Ind. dismissed for want of substantial federal question.

No. 88–898.  COHEN ET AL. *v.* PENNSYLVANIA.  Appeal from Super. Ct. Pa. dismissed for want of substantial federal question.

No. 88–893.  WALKER ET AL. *v.* VALLEY NATIONAL BANK OF DES MOINES, IOWA, ADMINISTRATOR OF THE ESTATE OF WALKER,